F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 1 8 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00453-BNB

RICHARD MARTÍNEZ,

    Plaintiff,

v.

KEVIN MILYARD, Warden of the Sterling Correctional Facility, and
SUSAN JONES, Warden of the Centennial South Correctional Facility,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff, Richard Martínez, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Centennial South Correctional Facility in Cañon City, Colorado. He initiated this action *pro se* by filing a prisoner complaint pursuant to 42 U.S.C. § 1983.

On March 30, 2011, Magistrate Judge Boyd N. Boland ordered Mr. Martínez to file within thirty days an amended complaint that asserted the personal participation of each named Defendant and that complied with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. The March 30 order warned Mr. Martínez that, if he failed to file an amended complaint as directed, the complaint and the action would be dismissed without further notice.

On April 18, 2011, Mr. Martínez filed a letter in response to the March 30 order, which the Court treated as an objection to the order for an amended complaint and, on April 21, 2011, overruled. The April 21 order provided Mr. Martínez twenty days in

which to comply with the March 30 order for an amended complaint.

Mr. Martínez has failed, within the time allowed, to file an amended complaint as directed or otherwise to communicate with the Court in any way.

Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Richard Martínez, within the time allowed, to file an amended complaint that complies with the pleading requirements of Fed. R. Civ. P. 8 and with the directives of the March 30, 2011, order for an amended complaint, and for his failure to prosecute.  It is

FURTHER ORDERED that any pending motions are denied as moot.

DATED at Denver, Colorado, this __18th__ day of ___May___, 2011.

BY THE COURT:

    s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00453-BNB

Richard Martinez
Prisoner No. 75213
Centennial Correctional Facility
PO Box 600
Cañon City, CO 81215- 0600

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on May 18, 2011.

GREGORY C. LANGHAM, CLERK

By:_____
       Deputy Clerk